People v Canteen

2026 NY Slip Op 01979

April 1, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Dejanay Canteen, also known as King Canteen, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on April 1, 2026

2023-03529, (Ind. No. 86/20)

Francesca E. Connolly, J.P.

Linda Christopher

Helen Voutsinas

Laurence L. Love

Elena Goldberg Velazquez, JJ.

Patricia Pazner, New York, NY (Anders Nelson of counsel), for appellant.

Michael E. McMahon, District Attorney, Staten Island, NY (Matthew B. White of counsel), for respondent.

[*1]

DECISION & ORDER

Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Richmond County (Alexander Jeong, J.), imposed May 16, 2022, upon his plea of guilty, on the ground that the sentence was excessive.

ORDERED that the sentence is affirmed.

The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255).

CONNOLLY, J.P., CHRISTOPHER, VOUTSINAS, LOVE and GOLDBERG VELAZQUEZ, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court